NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
MATTHEW J. BARRAGAN (Cal. Bar No. 283883)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-2444
      Facsimile: (213) 894-7819
      E-mail: Matthew.Barragan@usdoj.gov

Attorneys for Defendant
Army and Air Force Exchange Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES COLLINGS,<br><br>      Plaintiff,<br><br>      v.<br><br>ARMY AND AIR FORCE EXCHANGE SERVICE,<br><br>      Defendant. | No. CV 18-03308<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 1442(a)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF IN PRO SE:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant Army and Air Force Exchange Service ("Defendant"), aka the Exchange, hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On December 28, 2017, James Collings ("Plaintiff") filed a civil action against Defendant in the Superior Court of the State of California for the County of Los Angeles, entitled *Collings v. Army and Air Force Exchange Service*, Case No. BC688574 ("Complaint"). A copy of the Complaint and all other pleadings received to date are attached as Exhibit 1. The Complaint appears to allege that Defendant wrongfully terminated Plaintiff's employment on October 3, 2014. (Complaint at 3.) Plaintiff's claims are largely rambling and unintelligible, including allegations of harassment via "a computer science device," slander "in the form of the regular population of people," and fraud for being charged more than the actual price of items at Kmart. (*Id* at 4.) Plaintiff seeks a change in his employment file. (*Id*. at 8.) Specifically, he wants his relationship status changed to single and notes that "this will be a healthy experience making friends and dating someone." (*Id*.) He also seeks a visit to an FBI office so he can see the "game of there [sic] computer scenes," a 10-day contract with the LA Lakers organization, and a "government ear piece compatible with iPhones and apple [sic] cell phones." (*Id*.)

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the action is pending. Defendant is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity, and federal defenses relating to the exhaustion of administrative claim requirements and the Superior Court of the State of California for the County of Los Angeles lacks jurisdiction over such claims. *See* 28

1

U.S.C. § 2671, *et seq*.

3.     Plaintiff has not served the Army and Air Force Exchange Service as required by Rule 4(i).  *See* Fed. R. Civ. P. 4(i)(2).  In *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b) time limits for removal begin to run.  Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run and, thus, removal is timely.

4.     Promptly after filing this notice, Defendant shall give written notice of this removal to the adverse party and to the Clerk of the State Court.  *See* 28 U.S.C. § 1446(d).

5.     This Court is the proper district and division to hear this case because Plaintiff brought this action in the Superior Court of California for the County of Los Angeles.  *See* 28 U.S.C. § 1442(a).

6.     Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

/ / /

/ / /

/ / /

2

WHEREFORE, Defendant removes this action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. BC688574, to the United States District Court for the Central District of California.

Dated: April 20, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section


     /s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
Army and Air Force Exchange Service

3